# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re: **STEVE PANDI**

Debtor(s).

Chapter **11**

Case No. **19-10177**

**MOTION TO VACATE ORDER OF DISMISSAL AND TO REINSTATE CASE**

Debtor(s), **STEVE PANDI**, move the Court to issue an order vacating dismissal of the case and reinstating the case. In support of this motion, Debtor(s) state:
*(name of debtor and joint debtor, if applicable)*

[Address cause(s) of dismissal including corrective action taken in the space below.]

I AM ASKING THIS HONORABLE COURT TO REINSTATE MY BANKRUPTCY CASE, AND PLEASE CONTINUE THE AUTOMATIC STAY. I AM ASKING FOR 40 DAY EXTENSION FOR COUNSIL TO BE APPOINTED ON THE FOLLOWING BASIS. MY CASE WAS DISMISSED ON THE BASIS FOR FAILING TO DISCLOSE DOCUMENTATION, WITH REGARDS TO THIS I WAS IN COMMUNICATION WITH THE TRUSTE 'CHRISTINE DIOR' AND WAS EXCHANGING → CON'T NEXT

If the deadline(s) for filing complaints under FED.R BANKR.P. 4004(a) or 4007(c), motions under FED.R.BANKR.P. 1017(e), or proofs of claim under FED.R.BANKR.P. 3002(c) expired on or after the date the case was dismissed, or if less than thirty (30) days remains until such deadline, Debtor(s) waive the right to object to complaints, motions, or proofs of claim filed under FED.R.BANKR.P. 4004(a), 4007(c), 1017(e), and 3002(c) on grounds of timeliness, so long as they are filed in the thirty (30) days following notice of reinstatement of the case.

WHEREFORE, Debtor(s) request that the Court enter an order vacating the dismissal and reinstating this case, and for such other and further relief as the Court deems just and proper.

Date: **09/18/2019**
*(date signed)*

*(Signature of debtor and joint debtor, if applicable)*

**STEVE PANDI**
*(Type or print name of debtor/joint debtor)*

# Form 416A. CAPTION (FULL)

## United States Bankruptcy Court

_____ District Of _____

**In re** _____,
[Set forth here all names including married, maiden, and trade names used by debtor within the last 8 years.]

**Debtor**

Address: 6940 W VOLTAIRE AVE
PEORIA, AZ 85381

Last four digits of Social-Security or Individual Tax-Payer-Identification (ITIN) No(s)., (if any): 3663

Employer's Tax Identification No(s). (if any): _____

Case No. 19-10177

Chapter 11

INFORMATION BUT IN SEEKING CLARIFICATION FROM CHRISTINE DURING THE PROCESS OF SUBMISSION WE HAD DELAYS IN COMMUNICATION. UNFORTUNELY THE TRUSTEE'S LIMITED SCHEDULE AND HER VACATION TIME CAUSED MORE DELAYS IN EXCHANGING THE CORRECT INFO FOR COMPLETING MY SUBMISSIONS TO THE COURT. THE TRUSTEE HERSELF RECOMMENDED THAT I FILE MOTION FOR REINSTATEMENT AND REQUEST FOR ADDITIONAL TIME SO WE CAN PROCEED. I WILL NOW BE OBTAINING COUNCIL AS THIS PROCESS HAS BEEN MORE OVERWHELMING THAN ORIGINALLY ANTICIPATED. I AM KINDLY ASKING THE COURTS TO PLEASE ALLOW ME TO CONTINUE WITH MY CASE ALONG WITH PROPER LEGAL REPRESENTATION SO I MAY MANAGE THE REQUIRED SUBMISSIONS DURING THE PROCESS. I HAVE INTERVIEWED TWO POTENTIAL COUNCILORS AND I NEED MORE TIME TO ENSURE I HAVE THE BEST REPRESENTATION. PLEASE ALLOW ME THE OPPORTUNITY TO BRING MY FINANCIL MATTER BEFORE THIS COURT FOR CONSIDERATION

DO NOT WRITE BELOW LINE